IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08-cv-11-RJC-DCK

| | | |
|---|---|---|
| IRWIN INDUSTRIAL TOOL CO., <br> Plaintiff, <br> v. <br> UNITED GENERAL SUPPLY CO., INC., <br> Defendant. | ) ) ) ) ) ) ) ) ) | **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

**IT IS HEREBY** ORDERED that counsel's Application for Admission to Practice *Pro Hac Vice* of Nicholas S. Kuhlmann is granted.

Signed: April 14, 2008

David C. Keesler
United States Magistrate Judge

275342 v 1