**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
Case No. 3:08-cv-11-RJC-DCK

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL CO., <br> Plaintiff, <br> v. <br> UNITED GENERAL SUPPLY CO., INC., <br> Defendant. | ) ) ) ) ) ) ) ) ) **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

**IT IS HEREBY** ORDERED that counsel's Application for Admission to Practice *Pro Hac Vice* of Jonathan D. Jay is granted.

Signed: April 14, 2008

David C. Keesler
United States Magistrate Judge