# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-11-RJC-DCK

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL CO., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNITED GENERAL SUPPLY CO., INC., a/k/a LEE TOOLS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Extend Case Management Plan Deadlines" (Document No. 18) filed October 1, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend Case Management Plan Deadlines" (Document No. 18) is **GRANTED**. The Court hereby amends the deadlines set forth in the Pretrial Order and Case Management Plan of April 23, 2008, as follows:

| | |
|---|---|
| Expert Reports—Plaintiff | December 1, 2008 |
| Expert Reports—Defendant | December 15, 2008 |
| Discovery Completion | January 15, 2009 |
| Mediator's Report | January 15, 2009 |
| Motions | February 16, 2009 |
| Trial | May 4, 2009 |

Further extensions of these deadlines are unlikely.

Signed: October 3, 2008

David C. Keesler
United States Magistrate Judge